|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | MATHEW W. PILE |
|   | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | MARGARET BRANICK-ABILLA (CABN 223600) |
|   | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
|   | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 | 6401 Security Boulevard |
|   | Baltimore, MD 21235 |
| 8 | Telephone: (510) 970-4809 |
|   | Email: Margaret.Branick-Abilla@ssa.gov |
| 9 |   |
|   | Attorneys for Defendant |
| 10 |   |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ROBERT PATRICK MARKER, | Civil No. 2:24-cv-01510-DMC |
|---|---|
| Plaintiff, |   |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, |   |
| Defendant. |   |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 35 days, from September 23, 2024, to October 28, 2024, for Defendant to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

   This is Defendant's first request for an extension of time. Plaintiff does not oppose the requested extension.

   The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including

serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, including the instant case, which was recently reassigned to her.  The undersigned counsel for the Commissioner is also scheduled to be out of the office later in September.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with his client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: September 16, 2024    LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides\**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Sept. 16, 2024]

Dated: September 16, 2024    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on October 28, 2024, and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

Dated:  September 16, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE