```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  MATHEW W. PILE
    Associate General Counsel
 3  Office of Program Litigation, Office 7
    MARGARET BRANICK-ABILLA (CABN 223600)
 4  Special Assistant United States Attorney
    Office of Program Litigation, Office 7
 5  Office of the General Counsel
    Social Security Administration
 6  6401 Security Boulevard
    Baltimore, MD 21235
 7  Telephone: (510) 970-4809
    Email: Margaret.Branick-Abilla@ssa.gov
 8
 9  Attorneys for Defendant
10
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PATRICK MARKER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-01510-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 24, 2024            LAW OFFICES OF FRANCESCO BENAVIDES

By: /s/ Francesco Benavides*
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Oct. 24, 2024]

Dated: October 28, 2024            PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   /s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 28, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE